15-502-CR

Dear Clerk                                    10-18-15

I would need an "Extension of Time" to file a "Direct Appeal." I thought I had a Court Appointed Counsel to help me but that didn't happen. Please grant this request, thank you.

~~Charles Finch~~

I'm very sorry - but I misplaced my "Cause" number

216ᵗʰ KendAll Co.
Cause 5558

                                  Charles Finch
                                  #2016510



FILED
IN THE COURT OF APPEALS
AT SAN ANTONIO, TEXAS
2015 OCT 21 PM 2:51
KEITH E. HOTTLE, CLERK

USA
FOREVER
2014

HOUSTON TX 773

19 OCT 2015 PM 2 L

Fourth Court of Appeals District
Cadena-Reeves Justice Center
300 Dolorosa, Suite 3200
San Antonio, Texas 78205

78205303795

Charles Finch #2016
2016510
Pack 1 Unit
2400 Wallace Pack Rd.
Navasota, Texas 77868

KEITH E. HOTTLE, CLERK

Keith E. Hottle

2015 OCT 21 PM 2:51

FILED
IN THE COURT OF APPEALS
AT SAN ANTONIO